AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JUAN JOSE LOPEZ-SOTO, <br>  aka "Alfredo Gonzalez-Salas," <br>    "Oscar Palma," <br>    "Oscar Veltran," <br>    "Oscar Beltra-Palma," <br>    and <br>    "Francisco Luna," <br><br> Defendant. | Case No. 5:22-mj-00693 |

**FILED**
CLERK, U.S. DISTRICT COURT
11/04/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___D.C.___ DEPUTY

**LODGED**
CLERK, U.S. DISTRICT COURT
11/04/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 2, 2022, in the County of San Bernardino in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Alien Found in the United States Following Deportation or Removal. |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Deportation Officer, Elias Valdez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    11/4/22

*Judge's signature*

City and state:   Riverside, California    Hon. Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ruben D. Escalante (951-276-6212)

**AFFIDAVIT**

I, ELIAS VALDEZ, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an arrest warrant and criminal complaint charging JUAN JOSE LOPEZ-SOTO (LOPEZ-SOTO), also known as ("aka") "Alfredo Gonzalez-Salas," "Oscar Palma," "Oscar Veltran," "Oscar Beltran-Palma," and "Francisco Luna," with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) (Alien Found in the United States Following Deportation or Removal).

2. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND ON AFFIANT

3. I am a Deportation Officer with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since May 2011. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience

reviewing immigration files, deportation and removal proceedings, and executed final orders of removal, among other immigration related documents, process, and proceedings.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about March 2, 2022, LOPEZ-SOTO was arrested and fingerprinted by the Fontana Police Department, in San Bernardino County, California, which led to a match in an FBI database. On March 2, 2022, DHS, ICE, Pacific Enforcement Response Center ("PERC") was notified about LOPEZ-SOTO, based on LOPEZ-SOTO's fingerprints, that LOPEZ-SOTO was present in the United States. Such identification showed that LOPEZ-SOTO was a previously deported alien with a criminal history. On or about September 13, 2022, I learned this information when I reviewed the PERC database.

5. Based on my training and experience, I know DHS maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States. Based on my experience reviewing A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals, among other things, concerning the alien for whom DHS maintains the A-File.

6. On or about September 13, 2022, I reviewed DHS A-File A078 536 723, which is maintained for the subject alien "Juan Jose Lopez-Soto." The A-File contained the following documents and information:

      a.    The fingerprints for "Juan Jose Lopez-Soto" with FBI Number 286249KB1, which is associated with the alien and the fingerprints in DHS A-File A078 536 723.

      b.    Removal Orders showing that LOPEZ-SOTO was ordered removed from the United States to Mexico on September 10, 2001, August 7, 2002, and January 28, 2005.

      c.    Executed I-205 Warrants of Removal/Deportation showing that LOPEZ-SOTO, including under the alias Alfredo Gonzalez-Salas, was officially removed and deported from the United States on September 10, 2001, May 9, 2002, August 7, 2002, May 22, 2003, May 10, 2005, April 17, 2009, and November 4, 2010.  I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, the Immigration and Naturalization Service) and usually contains the subject alien's photograph, signature, and fingerprint.  The executed I-205 Warrants of Removal/Deportation in DHS A-File A078 536 723 contain LOPEZ-SOTO's photograph, signature or indication that he refused to sign, and fingerprint.

      d.    A certified copy of a conviction record from the United States District Court, Southern District of California, case number 04CR0188-JAH, showing that LOPEZ-SOTO, under the alias Alfredo Gonzales-Salas, was convicted on or about August 19, 2004, which judgment was entered on August 23, 2004, for Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code 1324(a)(1)(A)(ii) &

(v)(II), for which LOPEZ-SOTO was sentenced to 18 months' imprisonment.

e. A certified copy of a conviction record from the Superior Court of the State of California, County of Los Angeles, case number NA083798, showing that LOPEZ-SOTO, under the alias Francisco Luna, was convicted on or about May 28, 2010, for Battery on a Peace Officer, in violation of California Penal Code § 243(c)(2), for which LOPEZ-SOTO was sentenced to two years' imprisonment.

f. Various documents, indicating that LOPEZ-SOTO is a native and citizen of Mexico. These documents include the Record of a Sworn Statement, dated October 27, 2010, wherein he admitted to being a native and citizen of Mexico.

7. On or about September 13, 2022, I reviewed printouts from the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that LOPEZ-SOTO had been convicted of the crimes described above and reflected in the documents contained in DHS A-File A078 536 723.

8. On or about September 13, 2022, I reviewed the printouts of ICE computer indices concerning LOPEZ-SOTO. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that LOPEZ-SOTO had been deported on the dates indicated on the

Warrants of Removal/Deportation in DHS A-File A078 536 723. The ICE computer indices further indicated that LOPEZ-SOTO had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since LOPEZ-SOTO was deported.

9.  Based on my review of LOPEZ-SOTO's DHS A-File (A078 536 723), I have determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that LOPEZ-SOTO has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Alien Found in the United States Following Deportation or Removal).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1. by
telephone on this __4th__ day of
November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE